CLEVELAND BAR ASSOCIATION *v.* RODDY.

[Cite as Cleveland Bar Assn. *v.* Roddy (1989), 43 Ohio St. 3d 86.]

(No. D.D. 88-18—Submitted March 14, 1989—Decided May 17, 1989.)

*Lancione, Robert A. Marcis, Curran & Associates* and *Thomas P. Curran, Donahue & Scanlon* and *Charles B. Donahue II,* for relator.

*John J. Connors, Jr.,* for respondent.

*Per Curiam.* We concur with the board's findings and recommendations. Respondent is hereby suspended from the practice of law in Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

*Spangenberg, Shibley, Traci &*